United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILFIDO DARINEL BAMACA GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-02326** |
| | § | |
| **KRISTI LYNN NOEM,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner Wilfido Darinel Bamaca Garcia's Motion to Enforce Judgment (ECF No. 9). The Court orders Respondents to file a response by April 9, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 6, 2026.

Keith P. Ellison
United States District Judge