United States District Court
Southern District of Texas
**ENTERED**
April 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILFIDO DARINEL BAMACA GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-02326** |
| | § | |
| **TODD LYONS, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

During a hearing on April 14, 2026, the Court heard argument on Petitioner Wilfido Darinel Bamaca Garcia's Motion to Enforce Judgment (ECF No. 9). The Court **ORDERS** that Petitioner be released from his reporting requirements and that his ankle monitor be removed pending confirmation of his prior conditions of release. In accordance with the Court's Order from March 30, 2026, the terms of Petitioner's current release must be consistent with those of his prior release.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 15th day of April, 2026.

Keith P. Ellison
United States District Judge